UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN SHALLOW,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

25-CV-8464 (LLS)

BAR ORDER UNDER
28 U.S.C. § 1651

LOUIS L. STANTON, United States District Judge:

Plaintiff filed this action *pro se*. By order dated October 16, 2025, the Court dismissed the action as frivolous, noted that Plaintiff had filed numerous actions in this and other federal courts that had been dismissed as frivolous, and granted Plaintiff an opportunity to show cause, by filing a declaration within 30 days, why he should not be barred from filing further actions *in forma pauperis* (IFP) in this court without prior permission. On October 22, 2025, Plaintiff filed a response that includes highly inappropriate photographs and makes no sufficient argument against imposing the bar order. Accordingly, the bar order will issue.[1]

**CONCLUSION**

The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff submits a new IFP action without a motion for leave to file, the action will be dismissed without prejudice for his failure to comply with this order.

---

[1] Nothing in this order prevents Plaintiff from prepaying the filing fees to bring a new action.

The Clerk of Court is directed to terminate any pending motions and enter judgment in this action.

SO ORDERED.

Dated:    March 5, 2026
          New York, New York

_Louis L. Stanton_
Louis L. Stanton
U.S.D.J.

2