**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 SEAN SHALLOW,

                                    Plaintiff,

            -against-                                              25 **CIVIL** 8464 (LLS)

                                                                  **JUDGMENT**

UNITED STATES OF AMERICA,

                                    Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 6, 2026, the Court hereby bars Plaintiff from filing future

civil actions IFP in this court without first obtaining from the court leave to file. See 28 U.S.C. §

1651. Plaintiff must attach a copy of his proposed complaint and a copy of the order to any

motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court.

If Plaintiff submits a new IFP action without a motion for leave to file, the action will be

dismissed without prejudice for his failure to comply with the order.

**Dated:** New York, New York

        March 8, 2026

                                    **TAMMI M. HELLWIG**
                        _____
                                    **Clerk of Court**


                    **BY:**              K. mango
                        _____
                                    **Deputy Clerk**